UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL BRANDON STEWART,<br><br>                Defendant. | NO. CR-11-2107-LRS<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS** |

**BEFORE THE COURT,** at the sentencing hearing in CR-11-2106-LRS on October 3, 2013, is the Government's oral motion to dismiss CR-11-2107-LRS pursuant to the plea agreement in CR-11-2106-LRS. Accordingly,

**IT IS HEREBY ORDERED:**

1.   The Government's oral motion to dismiss is **GRANTED.** The Indictment in **CR-11-2107-LRS** is dismissed.

**IT IS SO ORDERED.**   The District Court Executive is directed to enter this order.

**DATED** this 4th day of October, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS - 1